| | |
|---|---|
| 1 | ALAN HARRIS |
|   | aharris@harrisandruble.com |
| 2 | MATTHEW E. KAVANAUGH |
|   | mkavanaugh@harrisandruble.com |
| 3 | HARRIS & RUBLE |
|   | 6424 Santa Monica Blvd. |
| 4 | Los Angeles CA 90038 |
|   | Telephone:   (323) 962-3777 |
| 5 | Facsimile:   (323) 962-3004 |

Attorneys for Plaintiff
AYISHA COMBS

CHERYL D. ORR (SBN #143196)
cheryl.orr@dbr.com
S. FEY EPLING (SBN #190025)
fey.epling@dbr.com
JOSEPHINE KO (SBN #233869)
josephine.ko@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendant
JENNIFER CONVERTIBLES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA COMBS, individually and on behalf of al others similarly situated, | Case No. CV 09-03242 SI |
| Plaintiff, | **[PROPOSED] ORDER FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |
| v. | Complaint Filed:   July 16, 2009 |
| JENNIFER CONVERTIBLES, INC., a Delaware corporation, | Trial:   N/A |
| Defendant. | *Assigned for all purposes to the Honorable Susan Illston* |

1  WHEREAS, on July 16, 2009, Plaintiff gave written notice by certified mail
2  to the Labor and Workforce Development Agency and Defendant of the specific
3  provisions of the California Labor Code alleged to have been violated, including the
4  facts and theories specified in the Complaint, filed July 16, 2009.

5  WHEREAS, on August 11, 2009, the Labor and Workforce Development
6  Agency sent a certified letter specifying that they were not going pursue the matter.
7  A true and correct copy of the August 11, 2009, letter is attached hereto as Exhibit
8  1.

9  WHEREAS, Cal. Lab. Code section 2699.3(a)(2)(C) indicates that Plaintiff
10 "may as a matter of right amend [the] existing complaint to add a cause of action
11 arising under [the Labor Code Private Attorneys General Act ("PAGA")]."
12 WHEREAS, the proposed First Amended Complaint attached hereto as Exhibit 2
13 has been amended to incorporate a cause of action in accordance with Cal. Lab.
14 Code § 2699 and no other amendments have been made to the original Complaint
15 filed.

16 NOW, THEREFORE:
17      1)   The First Amended Complaint attached hereto as Exhibit 2 shall be
18           deemed filed as of the day the Court Executes this Order.
19      2)   Defendant shall have twenty (20) days here from in which to
20           respond to the First Amended Complaint.

22 **IT IS HEREBY ORDERED:**

24 DATED: _____                    _____
                                       The Hon. Susan Illston