IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA COMBS, | No. C 09-03242 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JENNIFER CONVERTIBLES, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 30, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2011.

DESIGNATION OF EXPERTS: 5/6/11; REBUTTAL: 5/23/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 30, 2011 .

DISPOSITIVE MOTIONS **SHALL** be filed by July 8, 2011;

Opp. Due July 22, 2011; Reply Due July 29, 2011;

and set for hearing no later than August 12, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 25, 2011 at 3:30 PM.

JURY TRIAL DATE: November 7, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

This case shall be referred to Magistrate-Judge Chen for settlement purposes. The settlement conference shall occur by June 18, 2010. If Judge Chen is unable to schedule the conference then the case shall be reassigned to another judge who can.

Dated:

SUSAN ILLSTON
United States District Judge