1  CHERYL D. ORR (SBN #143196)
   cheryl.orr@dbr.com
2  S. FEY EPLING (SBN #190025)
   fey.epling@dbr.com
3  JOSEPHINE KO (SBN #233869)
   josephine.ko@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
6  Facsimile:    (415) 591-7510

7  Attorneys for Defendant
   JENNIFER CONVERTIBLES, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  AYISHA COMBS, individually and on           Case No. CV 09-3242 SI
    behalf of al others similarly situated,
13                                              **NOTICE OF FILING OF BANKRUPTCY
                Plaintiff,                      AND AUTOMATIC STAY**
14
         v.
15
    JENNIFER CONVERTIBLES, INC., a
16  Delaware corporation,

17              Defendant.

18

19  ///

20  ///

21  ///

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on July 18, 2010, Defendant Jennifer Convertibles,

3  Inc. filed a voluntary petition under Chapter 11 of the U.S Bankruptcy Code in the United

4  States Bankruptcy Court, Southern District of New York, and thus this action is

5  automatically stayed pursuant to 11 U.S.C. Section 362.

Dated: July 26, 2010.

DRINKER BIDDLE & REATH LLP

By: _____/s/ Cheryl D. Orr_____
    Cheryl D. Orr

Attorneys for Defendant
Jennifer Convertibles, Inc.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF BANKRUPTCY; AUTOMATIC STAY
SF01/ 698469.1

- 2 -

CASE NO. CV 09-3242 BZ