IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA COMBS, | No. C 09-03242 SI |
| Plaintiff, | **ORDER** |
| v. | |
| JENNIFER CONVERTIBLES, | |
| Defendant. | |

The Court has reviewed defendant's Notice of Filing of Bankruptcy filed on July 27, 2010.

This case clearly meets the criteria of <u>Guide to Judiciary Policies and Procedures</u>, Chapter V of Volume XI, for statistical closing.

THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

Dated:

SUSAN ILLSTON
United States District Judge